IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY RAY,

Defendant.

**Case No.:** CR 26–262 HSG

**ORDER TO CONTINUE STATUS HEARING TO SEPTEMBER 23, 2026; TO CONVERT SAME TO CHANGE OF PLEA HEARING; AND TO EXCLUDE TIME FROM AUGUST 19, 2026 THROUGH SEPTEMBER 23, 2026**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of August 19, 2026, is vacated and reset for a change of plea hearing on September 23, 2026, at 2:00 p.m. The Court further finds that the ends of justice served by excluding time from August 19, 2026 through September 23, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to exclude time would deny counsel for Mr. Ray the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, and with the consent of the parties, it is FURTHER ORDERED that time from August 19, 2026 through September 23, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: 8/17/2026

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge